**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| ANGEL RIOS ROSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-CV-193 JSD |
| | ) |
| UNKNOWN SANDERS and | ) |
| JERRY WALLS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion to proceed *in forma pauperis* on appeal. ECF No. 11. As discussed in the Memorandum and Order issued February 13, 2024, Plaintiff has accumulated more than three "strikes" pursuant to 28 U.S.C. § 1915(g), and he does not qualify for the imminent danger exception. *See* ECF No. 6. Therefore, Plaintiff may not proceed *in forma pauperis* on appeal. Also, when the Court dismissed this action, it stated that an appeal would not be taken in good faith. *See* ECF No. 8; 28 U.S.C. § 1915(a)(3). The motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 11] is **DENIED**.

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this Order, Plaintiff shall pay to this Court the full $605 filing fee for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that Plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

/s/ Ronnie L. White
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 11th day of March, 2024.